# ELECTRONIC RECORD

COA # 02-15-00094-CR    OFFENSE: 22.02

STYLE: Leonard James Hall v. The State of Texas    COUNTY: Tarrant

COA DISPOSITION: AFFIRM    TRIAL COURT: 371st District Court

DATE: 08/27/2015    Publish: NO    TC CASE #: 1352061D

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Leonard James Hall v. The State of Texas    CCA #: 1191-15

_APPELLANT'S_ Petition    CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:    DATE: _____

_REFUSED_    JUDGE: _____

DATE: 11/18/2015    SIGNED: _____    PC: _____

JUDGE: _Per Curiam_    PUBLISH: _____    DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD